# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0706
LT Case No. 05-2021-CA-56088

———————————————

US BANK NATIONAL
ASSOCIATION, not in its
individual capacity but solely as
Trustee for the RMAC Trust,
Series 2016- CTT,

    Appellant,

    v.

ROSEMARIE A. SCHRELL a/k/a
Rosemarie Alice Schrell,

    Appellee.

———————————————

On appeal from the Circuit Court for Brevard County.
George Paulk, Judge.

Christophal C.K. Hellewell, Chase A. Berger, and Tara
Rosenfeld, of Ghidotti Berger LLP, Miami, for Appellant.

Michael Faro, of Faro & Crowder, PA, Melbourne, for Appellee.

June 23, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____